Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

Attorneys for Defendants
IDS PROPERTY CASUALTY INSURANCE COMPANY dba
AMERIPRISE AUTO & HOME INSURANCE; and
AMERIPRISE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD STEIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE; AMERIPRISE INSURANCE COMPANY; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00422-MMD-CWH<br><br>DEPARTMENT<br><br>(ELECTRONIC FILING CASE)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT** |

COMES NOW, Plaintiff, LEONARD STEIN, by and through his attorneys of record, Steve Dimopoulos, Esq. and Garnet Beal, Esq. of the law firm of STEVE DIMOPOULOS LAW FIRM, and Defendants IDS PROPERTY CASUALTY INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE and AMERIPRISE INSURANCE COMPANY, by and through their attorney of record, Thomas Friedman, of the law firm of BROWN, BONN & FRIEDMAN, LLP, and hereby agree to stipulate to dismiss Defendants IDS PROPERTY CASUALTY INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE

and AMERIPRISE INSURANCE COMPANY, with prejudice, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED:            STEVE DIMOPOULOS LAW FIRM

_____
Steve Dimopoulos, Esq. (Bar #12729)
Garnet Beal, Esq. (Bar #12693)
STEVE DIMOPOULOS LAW FIRM
6830 S. Rainbow Blvd., #200
Las Vegas NV 89118
Attorneys for LEONARD STEIN

DATED: 6/6/19      BROWN, BONN & FRIEDMAN, LLP

_____
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
Attorneys for Defendants
IDS PROPERTY CASUALTY INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE; and
AMERIPRISE INSURANCE COMPANY

## ORDER

The parties have stipulated and agreed to the dismissal of the Defendants IDS PROPERTY CASUALTY INSURANCE COMPANY dba AMERIPRISE AUTO & HOME INSURANCE and AMERIPRISE INSURANCE COMPANY, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, LEONARD STEIN'S, Complaint be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

Dated: June 6, 2019.

_____
Honorable Miranda Du
DISTRICT COURT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com

Attorneys for Defendants
IDS PROPERTY CASUALTY INSURANCE COMPANY dba
AMERIPRISE AUTO & HOME INSURANCE; and
AMERIPRISE INSURANCE COMPANY